**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

---

**UNITED STATES OF AMERICA,**

               Plaintiff,

     **-vs-**                                      **Case Nos. 14-C-732**
                                                             **91-CR-217**

**NELSON RIVAS,**

               Movant.

---

## DECISION AND ORDER

The Court has been down this road before with Nelson Rivas, who once again filed a motion that must be construed as coming under 28 U.S.C. § 2255 and dismissed as second or successive. Rivas' citation to *Alleyne v. United States*, 133 S. Ct. 2151 (2013) doesn't change the analysis. *United States v. Miller*, 542 Fed. App'x 526 (7th Cir. Nov. 15, 2013) (denying application to file a second or successive § 2255 motion because the Supreme Court has not made *Alleyne* retroactive to cases on collateral review).

The Clerk of Court is **DIRECTED** to open a separate civil § 2255 action with this motion [ECF No. 148 in Case No. 91-CR-217], which is **DISMISSED** for lack of jurisdiction. The Court will not issue a certificate of appealability with respect to that action. Rule 11(a), Rules Governing Section 2255 Proceedings.

Dated at Milwaukee, Wisconsin, this 25th day of June, 2014.

                                                          **BY THE COURT:**

                                                          */s/ Rudolph T. Randa*
                                                          **HON. RUDOLPH T. RANDA**
                                                          **U.S. District Judge**